**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

CARPENTERS AND JOINERS WELFARE FUND, being sued as The Trustees of the Carpenters & Joiners Welfare Fund,

Plaintiff,

v.

DENNIS KEIL and CHRISTINA KEIL,

Defendants.

Civil No. 00-2605 (DWF/AJB)

**ORDER OF DISMISSAL**

---

Jacqueline M. Beaulieu, Esq., McGrann Shea Franzen Carnival Straughn & Lamb, 800 Nicollet Mall, Suite 2600, Minneapolis, MN 55402-2041, counsel for Plaintiff.

No response by Defendants.

---

The court having been advised by counsel that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for ninety (90) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: November 7, 2001

DONOVAN W. FRANK
Judge of United States District Court

FILED NOV 7 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________