**ORIGINAL**

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**CARPENTERS & JOINERS WELFARE FUND,**

Plaintiff,

vs.

**CHRISTINA KEIL,**

Defendants,

Court File No. 00-2605 DWF/AJB

**NOTICE OF DISMISSAL WITH PREJUDICE AND ORDER**

**PLEASE TAKE NOTICE** that pursuant to Fed.R. Civ.P. 41(a)(1), Plaintiff herein dismisses the above-entitled matter with prejudice.

Date: November 6 2001

McGRANN SHEA ANDERSON CARNIVAL STRAUGHN & LAMB, CHARTERED

By [signature]
Jacqueline M. Beaulieu
Att'y Reg. No. 293088
2600 U.S. Bancorp Center
800 Nicollet Mall
Minneapolis, MN 55402-7035
Telephone: (612) 338-2525

ATTORNEYS FOR PLAINTIFFS

NOV 07 2001
FILED
RICHARD ... N, CLERK
JUDGMENT ...
DEPUTY CLERK ...

**ORDER**

IT IS HEREBY ORDERED that this matter is dismissed with prejudice.

**IT IS SO ORDERED.**

Date: 11/07/01

Donovan W. Frank
Judge of District Court